DAVID A. BROWN v. "STREET LIGHTING DISTRICT NUMBER ONE," OF WOODBRIDGE AND CARTERET ELECTRIC LIGHT AND POWER COMPANY.

Argued February 16, 1904—Decided June 13, 1904.

A contract awarded to a private corporation by commissioners acting for a municipal corporation, one of whom is a stockholder in the private corporation, will be set aside on application of a taxpayer of the municipality.

On *certiorari.*

Before Justices VAN SYCKEL and FORT.

For the prosecutor, *Neilson Abeel.*

For the defendants, *Malcolm MacLear* and *Frederick Weigel.*

The opinion of the court was delivered by

VAN SYCKEL, J. The prosecutor sued out the writ in this case to set aside a contract awarded to the Carteret Electric Light and Power Company for lighting Woodbridge.

The prosecutor is a taxpayer and is a resident in said lighting district.

Ephraim Cutter, one of the commissioners who awarded the contract to the Carteret company, is a stockholder in said company, and therefore the contract is without validity and should be set aside. *Winans* v. *Crane*, 7 *Vroom* 394; *Traction Company* v. *Board of Works*, 27 *Id.* 431; *Foster* v. *Cape May*, 31 *Id.* 78.